PER CURIAM.

CHARLES D. STEIN, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed September 26, 1974.*

CHARLES D. STEIN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Per Curiam.